UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-570-RJC
(3:10-cr-86-RJC-DSC-1)

| | |
|---|---|
| RONNIE LEE NEELY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on the motion of the pro se Petitioner to dismiss his Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255. For the reasons stated in the motion, Petitioner's Section 2255 motion will be dismissed.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Dismiss his Section 2255 motion is **GRANTED**. (Doc. No. 5).

The Clerk of Court is respectfully directed to close this case.

Signed: April 29, 2013

Robert J. Conrad, Jr.
Chief United States District Judge

1